IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES CREAL**                                                                                       **PLAINTIFF**

v.                         Case No: **4:20-cv-00538 JM**

**LAFAYETTE WOODS, JR. et al.**                                    **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to voluntarily dismiss this case (Doc. No. 23). Defendants have no objection. Accordingly, Plaintiff's complaint is hereby dismissed without prejudice. All pending motions are denied as moot.

The Court notes that Plaintiff's right to re-file the case against the Defendants is subject to the provisions of Rule 41(d) of the Federal Rules of Civil Procedure. Under Rule 41(d), the Plaintiff may be ordered to pay any costs of this action which the Court deems appropriate if the Plaintiff re-files the action against the Defendants.

It is so ordered this 4th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE